

Statement of Eric Allen, Director of Operations, Phoenix Recovery Group

1/17/2020

RE: Deletion of collection account for Debra Rojas, Account # 247345

On 5/29/2019, I sent in an E-Oscar electronic request to remove the collection item referenced above regarding a collection account for Debra Rojas on Reserve at Springdale Apartments. This information to remove the account went to all 3 major credit bureaus.

This transmission was done with the control # of AUD 96052833. I have attached a credit review from Trans Union which shows that the item has been successfully removed and it is no longer being reported under the collection trade line that was previously reported by Phoenix Recovery Group.

Sign and Notarized this 17th of January 2020.

Eric Allen
Director of Opertations
210.822.8272

State of Texas
County of BEXAR

This instrument was acknowledged before me this 17th day of Jan, 2020, by ERIC ALLEN. ✓ Produced TX ID as identification.

Tabitha Sadowski
Notary Public, State of TX

TABITHA SADOWSKI
Notary Public, State of Texas
Comm. Expires 05-08-2023
Notary ID 124911131

Ex. 2

1045 Cheever Blvd. Ste. #204
San Antonio, TX 78217
210-822-8272 | 800-810-7623 | Fax 210-828-0677
www.phoenixrecoverygroup.com