**Law Office of**
**Tyler Hickle, PLLC**

247345

4005C Banister Lane
Ste. 120C
Austin, TX 78704

Email: tylerhickle@hicklelegal.com
Phone: (512) 289-3831
Fax: (512) 870-9505

*FAX TYLER HICKLE*
*VAL, COC, SODA*
*& this letter*
*IMG*

April 30, 2019

Phoenix Recovery Group
1045 Cheever Blvd
Ste. 204
San Antonio, TX 78217

Via fax to (210) 828 0677

RE: Debora Rojas
Account number beginning with 24734526
Original creditor: Reserve at Springdale
Alleged amount of debt: $310

    I am writing regarding the above referenced consumer and debt. I represent the consumer with respect to the alleged debt. Please direct all future communications to me.

    Please note, the amount you are attempting to collect is inaccurate. This is a notice of inaccuracy, as described in § 392.202 of the Texas Debt Collection Act.

    Ms. Rojas does not owe any money to the Reserve at Springdale. Further, the collection fee Phoenix is attempting to collect is not expressly authorized by the lease or permitted by law.

    As always, thank you for your attention and courtesy.

Sincerely,

*Tyler Hickle*

Ex. 6