The Phoenix Recovery Group

**Debtor** 247345    ROJAS, DEBRA R

## Debtor

| Field | Value | Field | Value |
|---|---|---|---|
| Debtor # | 247345 | First Account | 11/19/2018 |
| Debtor Name | ROJAS, DEBRA R | Last Account | / / |
| Address | 6105 RICHARDSON LANE | Last Work | / / |
| Address | | Mail Return | No |
| Debtor City | AUSTIN | Promise Action | |
| St | TX | Promise Amt | 0.00 |
| Zip | 78741 | Promise Date | / / |
| Birthdate | 3/27/1963 | Promise Frequency | 0 |
| Employer | | Promise Val. Date | / / |
| Spouse | | Promises Broken | 0 |
| Bank Acct Number | | Restriction Code | |
| Bank Routing | | Sp Emp Ext | |
| Employment Date | / / | Spouse Emp Phone | / - |
| Debtor Emp. Ext. | | Spouse Employer | |
| Debtor Emp. Phone | / - | Spouse SSN | - - |
| Debtor Occupation | | USER FIELD | |
| Debtor Phone | / -    Ext | USER FLD2 | |
| Debtor Reference | | Debtor Statement | |
| Debtor SSN | 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 | Debtor Type | |
| Driver License | | | |

**Debtor Contact Notes**

11-20-2019 @ 11:04 by EA  -
09-13-2019 @ 13:52 by EA  -

05-29-2019 @ 09:47 by LEO  -  CLIENT REQUEST DELETION OF ACCOUNT TENANT SENT IN ERROR REQUEST UPLOADED TO IMAGES AND MANUAL DELETION OF CREDIT REPORT SENT ----CBR RPTG MAN DEL---AUD  96052833
05-06-2019 @ 15:00 by EA  -  RCVD FAX FROM TYLER HICKLE---LOR--*****CALL ATTY ONLY--512.289.3831---FAXED ATTY VAL, COC, SODA--MARKED AS DISPUTED---PERFORMED INVESTIGATION OF DEBT--PAPERWORK IN ORDER BUT PUT EMAIL AND PHONE CALL OUT TO CLIENT TO VERIFY BALANCE DUE
01-07-2019 @ 15:51 by CNN  -  sent letter
01-03-2019 @ 14:33 by CNN -
12-20-2018 @ 13:50 by CV  -  mailed out soda
12-20-2018 @ 11:22 by CNN - The debter is requesting a soda to be mailed out to her.

12-20-2018 @ 11:20 by HC  -  ****** DO NOT CALL******
12-20-2018 @ 11:19 by HC  -  RECEIVED CALL FROM DBTR DOES NOT WANT ANYMORE PHONE CALLS. HAVE COLLECTOR MAIL SODA
12-17-2018 @ 17:37 by CNN - 6288 lmom
12-12-2018 @ 09:40 by CNN - 6288 lmom
12-04-2018 @ 16:31 by CNN - 6288 lmom
11-28-2018 @ 10:27 by CNN - debter was using foul lanugage and i released the call

**Debtor Remarks**
12/20/2018 OLD PHONE:512/679-6288
11/19/2018 OLD NAME:ROJAS, DEBRA
SEE IMAGE CV

**Credit Bureau Reports**
**References**
Debtor Previous Address
NAME    :ROJAS, DEBRA
ID       :

Ex. 7

## Debtor  247345    ROJAS, DEBRA R

```
ADDRESS 1 :
ADDRESS 2 :
CITY     :,
PHONE    :512/679-6288  FAX PHONE :
CONTACT  :           TITLE :
DATE     :11/19/2018  AMOUNT :   0.00
COMMENTS:
```

Debtor Previous Address
```
NAME     :ROJAS, DEBRA R
ID       :
ADDRESS 1 :5605 SPRINGDALE RD
ADDRESS 2 :APT 1003
CITY     :AUSTIN, TX  78723
PHONE    :512/679-6288  FAX PHONE :
CONTACT  :           TITLE :
DATE     :12/20/2018  AMOUNT :   0.00
COMMENTS:
```

**Notices**

| TYPE | DESCRIPTION   | DATE     | ALL? | TYPE | DESCRIPTION | DATE     | ALL? |
|------|---------------|----------|------|------|-------------|----------|------|
| 3N   | 3RD NOTICE -OS| 01/08/19 | N    | 8    | CALL SHEET  | 03/20/19 | N    |
| V    | VALIDATION    | 05/06/19 | N    |      |             |          |      |

## Debtor  247345  ROJAS, DEBRA R

### Account

| | | | |
|---|---|---|---|
| Debtor # | 247345 | Client Name | RESERVE AT SPRINGDALE |
| Account # | 268045 | Client # | 3725 |
| Original Balance | 0.01 | Collector # | 2 |
| Principal Date | 12/31/2017 | Status | MGR |
| Principal Balance | 0.00 | Priority | 1 |
| Agency Fees | 0.00 | Commission Code | |
| Check Return Fees | 0.00 | Commission Rate | 40.00 |
| Legal Fees | 0.00 | Disputed | No |
| Attorney Fees | 0.00 | Forward Agency | |
| Late Fees | 0.00 | Forward Commission | 0.00 |
| Interest Amount | 0.00 | Forward Date | / / |
| AGENCY FEE | 0.00 | Interest Rate | 0.00 |
| CC % ST-N | 0.00 | Original Client Name | |
| | 0.00 | Last Interest Date | / / |
| Sales Tax | 0.00 | Last Letter Date | 5/6/2019 |
| Total Due | 0.00 | Last Letter Type | V |
| | | Next Letter Date | / / |
| | | Next Letter Type | |
| Client Reference # | 1003 | Batch # | |
| Category | RENTAL | Credit Bureau Acct. Type | Z |
| Guarantor/Patient | | Credit Rpt Date | 1/2/2019 |
| Last Payment Amount | 0.00 | Credit Rpt Off Date | 9/30/2019 |
| Last Payment Date | / / | Date Delinquent | / / |
| Assignment Date | 11/19/2018 | Reference | |
| Cancel Date | 1/2/2020 | | |

Bank
Bank Account #
Micr #
Check #

| | | | |
|---|---|---|---|
| Check Date | / / | Dialer Result | |
| MGT CO | | Dialer Status | |

Contact Notes
01-02-2020 @ 13:39 by EA - OLD STATUS: CBD    NEW STATUS: MGR
01-02-2020 @ 13:39 by EA - OLD NOTE: 9/13/2019 8  NEW NOTE: / /
05-29-2019 @ 09:45 by LEO - OLD STATUS: ALR    NEW STATUS: WBC
05-29-2019 @ 09:45 by LEO - OLD NOTE: 4/19/2019 8  NEW NOTE: / /
05-06-2019 @ 15:00 by EA - OLD COLLECTOR: 71 NEW COLLECTOR: 2
05-06-2019 @ 15:00 by EA - OLD STATUS: RTP   NEW STATUS: ALR
04-29-2019 @ 09:06 by BOB - OLD COLLECTOR: 9 NEW COLLECTOR: 71 MAC
02-05-2019 @ 11:30 by CNN - OLD STATUS: NEW   NEW STATUS: RTP
01-07-2019 @ 15:51 by CNN - OLD NOTE: 1/9/2019 8  NEW NOTE: 1/7/2019 3N
12-17-2018 @ 17:38 by CNN - OLD NOTE: 12/24/2018 8  NEW NOTE: 12/18/2018 1N
11-26-2018 @ 11:17 by EA - OLD COLLECTOR: 17 NEW COLLECTOR: 9 CRS
11-19-2018 @ 16:59 by CV - Data Entry

**References**
**Legal Details**
**Post Dated Checks**
**Transactions**

```
                    TRANSACTIONS FOR ACCOUNT - 268045
No Transactions on file for this Account
```

The Phoenix Recovery Group

**Debtor   247345   ROJAS, DEBRA R**