UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEBRA ROJAS | * | Civil Action No. 1:19-CV-0775-JRN |
| V. | * | |
| TOLTECA ENTERPRISES INC. & | * | |
| TRAVELERS CASUALTY AND | | |
| SURETY CO. OF AMERICA | * | |

## MOTION FOR LEAVE TO SEAL

Defendants filed Document 27, Exhibit 7 and Document 32, Exhibit 1 (part B) in this suit.  Unfortunately, those exhibits contained the social security number of the Plaintiff.

That was accidental and unintentional.  Sealing those records will cure the problem of Plaintiff's information being a public record.

In this regard, Defendants submit the redacted exhibits with Plaintiff's social security number as an attachment hereto to be added onto the documents in the place of the sealed exhibits.

WHEREFORE, Defendants ask the court to seal the documents in question.

> S/Tom Clarke
> Texas Bar No. 04318600
> 8026 Vantage Dr. #105
> San Antonio, Texas 78230
> 210/340-8448
> 210/348-7946 Fax
> tclarkeatty7@aol.com
> Attorney for Defendants

## CERTIFICATE OF SERVICE

The foregoing motion has been e-filed on February 8, 2020, with the court's CM/ECF electronic filing system which will give electronic notice to Tyler Hickle, attorney for the Plaintiff.

> S/Tom Clarke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEBRA ROJAS | * | Civil Action No. 1:19-CV-0775-JRN |
| V. | * | |
| TOLTECA ENTERPRISES INC. & | * | |
| TRAVELERS CASUALTY AND | | |
| SURETY CO. OF AMERICA | * | |

**ORDER TO SEAL**

The court finds that Exhibit 7 to Document 27 and Exhibit 1 to Document 32 should be sealed. The redacted exhibits will be added to the file and the unredacted exhibits will be sealed.

Signed on February _____ 2020.

_____
JUDGE PRESIDING