FILED
02/11/2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ kw _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEBRA ROJAS | * | Civil Action No. 1:19-CV-0775-JRN |
| V. | * | |
| TOLTECA ENTERPRISES INC. & TRAVELERS CASUALTY AND SURETY CO. OF AMERICA | * * | |

## ORDER TO SEAL

The court finds that Exhibit 7 to Document 27 and Exhibit 1 to Document 32 should be sealed. The redacted exhibits will be added to the file and the unredacted exhibits will be sealed.

Signed on February  11th  2020.

_____
JUDGE PRESIDING