UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEBRA ROJAS | * | Civil Action No. 1:19-CV-0775-JRN |
| V. | * | |
| TOLTECA ENTERPRISES INC. & | * | |
| TRAVELERS CASUALTY AND | | |
| SURETY CO. OF AMERICA | * | |

## MOTION FOR LEAVE TO FILE COUNTERCLAIM

Now comes Tolteca Enterprises Inc., dba The Phoenix Recovery Group who asks for leave to file a counterclaim against the Plaintiff. A copy of the proposed counterclaim is filed herewith.

Leave should be freely given when justice requires. Rule 15, FRCP.

The counterclaim has become necessary against Plaintiff to redress the considerable expense she is causing Defendant Tolteca to defend itself against Plaintiff's claims. The claims set out in Plaintiff's pleadings are defensible. The claims are frivolous, vexatious and time consuming. The claims are time barred in some instances, and in others are defensible and Plaintiff has asserted claims that fail to state a claim on which relief may be granted, or for which the court lacks federal jurisdiction.

The FDCPA and TDCA both provide for defense costs and attorney fees to be recovered for bad faith and harassing lawsuits. The counterclaim will require Plaintiff to have some "skin in the game" as she will be risking having to pay defense costs and attorney fees her litigation is causing.

For the foregoing reasons, the court should grant leave for the counterclaim to be filed.

        S/Tom Clarke
        Texas Bar No. 04318600
        8026 Vantage Dr. #105
        San Antonio, Texas 78230
        210/340-8448
        210/348-7946 Fax
        tclarkeatty7@aol.com
        Attorney for Defendants

## CERTIFICATE OF SERVICE

The foregoing motion has been e-filed on March 16, 2020, with the court's CM/ECF electronic filing system which will give electronic notice to Tyler Hickle, attorney for the Plaintiff.

        S/Tom Clarke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEBRA ROJAS | * | Civil Action No. 1:19-CV-0775-JRN |
| V. | * | |
| TOLTECA ENTERPRISES INC. & TRAVELERS CASUALTY AND SURETY CO. OF AMERICA | * * | |

### ORDER GRANTING LEAVE TO FILE THE COUNTERCLAIM

The court finds that Defendant Tolteca Enterprises Inc.'s motion for leave to file a counterclaim against Plaintiff should be granted.

IT IS ORDERED that the counterclaim shall be filed in the papers of this cause.

Signed on_____, 2020.

_____
U.S. DISTRICT COURT
JUDGE PRESIDING