IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DEBRA ROJAS,** *Plaintiff* | § § § § § § § § § § | A-19-CV-00775-JRN |
| -vs- | | |
| **TOLTECA ENTERPRISES, INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** *Defendants* | | |

## ORDER

Before the Court is Defendant's Motion for Confidentiality and Protective Order (Dkt. 106). In the latest of many iterations of Defendant's refusal to play ball with the discovery process, Defendant now asks the Court to prevent Plaintiff from questioning Defendant's corporate representative on the topic, "Corporate Defendant's collection techniques."

How Defendant can claim that this topic is, for instance, "not relevant to the issues" in this case,[1] which concerns the defendant's credit collection practices, is baffling.

Defendant is advised that the Court will not consider further motions related to the discovery process absent a showing of *extreme* prejudice. Defendant is also advised that further such motions that do not meet that standard will likely result in sanctions. The motion (Dkt. 104, 106) is **DENIED**.

SIGNED this 12th day of October, 2020.

JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE

---

[1] *See* (Mot., Dkt. 106, at 1).