# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **DEBRA ROJAS,** *Plaintiff* | § § § | |
| | § | A-19-CV-00775-JRN |
| -vs- | § § | |
| **TOLTECA ENTERPRISES, INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** *Defendants* | § § § | |

## ORDER

Before the Court in the above-entitled and styled cause of action is the Parties' Stipulation of Dismissal (Dkt. 109). Therein, the parties advise the Court that all claims between Plaintiff and Defendant Travelers Casualty and Surety Company of America ("Travelers") have been resolved. The Court therefore enters the following order:

**IT IS ORDERED** that Defendant Travelers shall be terminated from the case.

SIGNED this 26th day of October, 2020.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE