# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DEBRA ROJAS § | |
| § | CIVIL NO: |
| vs. § | AU:19-CV-00775-JRN |
| § | |
| TOLTECA ENTERPRISES, INC., § | |
| TRAVELERS CASUALTY AND SURETY § | |
| COMPANY OF AMERICA § | |

## ORDER RESETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION AND TRIAL** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, May 03, 2021 at 09:00 AM**. Final Pretrial Conference to be set at a later date and time.

IT IS SO ORDERED this 2nd day of February, 2021.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE