# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| DEBRA ROJAS | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00775-JRN |
| | § | |
| TOLTECA ENTERPRISES, INC., | § | |
| TRAVELERS CASUALTY AND SURETY | § | |
| COMPANY OF AMERICA | § | |

## ORDER RESETTING FINAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL PRETRIAL CONFERENCE** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, June 02, 2021 at 11:00 AM**.

IT IS SO ORDERED this 17th day of March, 2021.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE