# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| DEBRA ROJAS | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00775-JRN |
| | § | |
| TOLTECA ENTERPRISES, INC., | § | |
| TRAVELERS CASUALTY AND SURETY | § | |
| COMPANY OF AMERICA | § | |

## ORDER CANCELLING FINAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **FINAL PRETRIAL CONFERENCE** on **Wednesday, June 02, 2021 at 11:00 AM is hereby CANCELLED until further order of the court**. The Final Pretrial Conference will be reset closer to the Jury Trial.

IT IS SO ORDERED this 3rd day of May, 2021.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE