IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DEBRA ROJAS,**     **Plaintiff,** | |
| **-vs-** | **CAUSE NO.:** **A-19-CV-00775-JRN** |
| **TOLTECA ENTERPRISES, INC.,**     **Defendant.** | |

## ORDER RESETTING JURY SELECTION AND TRIAL

BE IT REMEMBERED on this day the Court reviewed the case file and the court calendar and RESETS the **Jury Selection and Trial** for **Thursday, December 2, 2021, at 9:00 a.m.** in Courtroom No. 5 of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FINALLY ORDERED that the parties confer and, only if in mutual agreement, file an **Agreed Consent to Proceed to Trial before a United States Magistrate Judge** to have this civil action reassigned to a Magistrate Judge for jury selection, trial and final disposition.

SIGNED this the 1st day of November 2021.

_____
JAMES R. NOWLIN
SENIOR UNITED STATES DISTRICT JUDGE