UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEBRA ROJAS § | |
| § | CIVIL NO: |
| vs. § | AU:19-CV-00775-JRN |
| § | |
| TOLTECA ENTERPRISES, INC., § | |
| TRAVELERS CASUALTY AND SURETY | |
| COMPANY OF AMERICA, RESERVE AT | |
| SPRINGDALE, LP, RESERVE AT | |
| SPRINGDALE, LP, LINCOLN | |
| APARTMENT MANAGEMENT LIMITED | |
| PARTNERSHIP | |

## ORDER RESETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION AND TRIAL** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, January 19, 2022 at 09:00 AM**.

IT IS SO ORDERED this 30th day of November, 2021.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE