UNITED STATES DISTRICT COURT
Western District of Texas
Austin Division

| | | |
|---|---|---|
| DEBRA ROJAS, | § | |
|    *Plaintiff* | § | CASE 1:19-cv-00775-JRN |
| | § | |
| v. | § | |
| | § | |
| TOLTECA ENTERPRISES INC. | § | |
|    *Defendant.* | § | |

## PLAINTIFF'S ADVISORY TO THE COURT

Plaintiff Debra Rojas ("Rojas" or "Plaintiff") attempted to file her response to Tolteca Enterprises, Inc.'s motion for sanctions on Friday, March 11th but was unable due to an error with the electronic filing system.

Respectfully Submitted,
By: /s/ Tyler Hickle
Plaintiff's Attorney

Tyler Hickle, SBN 24069916
**Law Office of Tyler Hickle, PLLC**
4005C Banister Lane, Ste. 120
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tyler@hicklepllc.com

Certificate of Service

I, Tyler Hickle, certify that a copy of the foregoing was served on Defendant via the electronic filing manager on March 14, 2022.